Brian D. Siff
Richard LaCava
Peter Lambrianakos
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARQUEST, INC, <br><br> Plaintiff, <br><br> v. <br><br> KIMBERLY-CLARK WORLDWIDE, INC., <br><br> Defendant. | Civ. Action No.: <br><br> ECF Case <br><br> Jury Demanded |

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Arquest, Inc., certifies that it is an Arkansas corporation having no parent corporation and no publicly held corporation that owns 10% or more of its stock.

Dated:     December 12, 2007
           New York, NY

Respectfully submitted,

_____

DICKSTEIN SHAPIRO LLP
Brian D. Siff
Richard LaCava
Peter Lambrianakos
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Arquest, Inc.

69536 v1; 1HNK01!.DOC

DOCSNY-282948v01