AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN    District of    NEW YORK

ARQUEST, INC.

V.

KIMBERLY-CLARK WORLDWIDE, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 11202

TO: (Name and address of Defendant)

Kimberly-Clark Worldwide, Inc.
351 Phelps Drive
Irving, Texas 75038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian D. Siff, Esq.
Richard LaCava, Esq.
Peter Lambrianakos, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

DEC 1 2 2007

CLERK                                                        DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 07 CV 11202                                              Date Filed: 12/12/2007

Plaintiff:
**ARQUEST, INC**

vs.

Defendant:
**KIMBERLY-CLARK WORLDWIDE, INC.**

For:
DICKSTEIN SHAPIRO LLP
1177 Avenue Of The Americas
New York, NY  10036

Received by U.S. PROCESS SERVICE INC. on the 14th day of December, 2007 at 12:17 pm to be served on **KIMBERLY-CLARK WORLDWIDE, INC., 351 PHELPS DRIVE, IRVING, TX 75038**.

I, Jack Rosser SCH 1072, being duly sworn, depose and say that on the **14th day of December, 2007** at **1:45 pm**, I:

Served the within named corporation by delivering a true copy of the Citation and **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me to GINA GAGLIA as LEGAL DEPARTMENT of the within named corporation, in compliance with State Statutes.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: White,  Height: 5'7,  Weight: 135,  Hair: Brown,  Glasses: Y

I am not less than 18 years of age;I am not interested in the outcome of this law suit or a party to the suit;I have not been convicted of a felony or misdemeanor involving moral turpitude;I am familiar with the Texas Rules of Civil Procedure.

Subscribed and Sworn to before me on the 17th day of December, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC


DYAN HINER
MY COMMISSION EXPIRES
November 12, 2011

_____
Jack Rosser SCH 1072
Process Server

U.S. PROCESS SERVICE INC.
11 Park Place, Suite 1512
New York, NY  10007
(212) 528-0777

Our Job Serial Number: 2007001007
Ref: ARQUEST, INC.
Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

# Affidavit of Process Server

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

**ARQUEST, INC** vs **KIMBERLY-CLARK WORLDWIDE, INC.**    **07 CV 11202**
PLAINTIFF/PETITIONER         DEFENDANT/RESPONDENT                CASE NUMBER

I, **JACK ROSSER**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **KIMBERLY-CLARK WORLDWIDE, INC.**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **SUMMONS AND COMPLAINT**

by leaving with **GINA GAGLIA** **LEGAL DEPARTMENT** At
                   NAME              RELATIONSHIP

☐ Residence
            ADDRESS            CITY / STATE
☑ Business   **351 PHELPS DRIVE, IRVING, TX 75038**
            ADDRESS            CITY / STATE

On **DECEMBER 14, 2007** AT **1:45PM CST**
        DATE                      TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
     CITY        STATE        ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
                                                   DATE    TIME         DATE    TIME
(3) _____ _____ (4) _____ _____ (5) _____ _____
    DATE    TIME             DATE    TIME             DATE    TIME

**Description:** Age **30**  Sex **F**  Race **WHITE**  Height **5'7**  Weight **135**  Hair **BRN**  Beard ___  Glasses **Y**

TEXAS SUPREME COURT #SCH1072

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **17TH** day of **DECEMBER**, 20**07** by **JACK ROSSER**. Personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **TEXAS**



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS