UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arquest, Inc.

Plaintiff,

-v-

Kimberly-Clark Worldwide, Inc.

Defendant.

Case No. 07-cv-11202(CM)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

KIMBERLEY-CLARK WORLDWIDE, INC. (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Kimberly-Clark Worldwide, Inc. is a wholly-owned subsidiary of Kimberly-Clark Corporation.

Date: February 4, 2008

Signature of Attorney

Attorney Bar Code: GG 2857

Form Rule7_1.pdf  SDNY Web 10/2007