AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 07 CV 11202 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kimberly-Clark Worldwide, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 4, 2008 | *(signature)* |
| Date | Signature |
| | Matthew T. McLaughlin    MM 6241 |
| | Print Name    Bar Number |
| | 405 Lexington Avenue |
| | Address |
| | New York    New York    10174 |
| | City    State    Zip Code |
| | (212) 307-5500    (212) 307-5598 |
| | Phone Number    Fax Number |