AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07 CV 11202 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kimberly-Clark Worldwide, Inc.

I certify that I am admitted to practice in this court.

_February 4, 2008_
Date

_[signature]_
Signature

Edmund M. O'Toole                                EO 7939
Print Name                                       Bar Number

405 Lexington Avenue
Address

New York          New York           10174
City              State              Zip Code

(212) 307-5500              (212) 307-5598
Phone Number                Fax Number