UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Arquest, Inc., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Kimberly-Clark Worldwide, Inc., )<br>)<br>Defendant )<br>)<br>)<br>) | Case No. 07 CV 11202 (CM) |

**NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, ALTERNATIVELY, TO DISMISS OR TRANSFER**

**PLEASE TAKE NOTICE THAT** upon the accompanying Declarations of Charles Misun, dated January 2, 2008, and Vicki Margolis, dated January 31, 2008, and the exhibits attached thereto, and upon the accompanying Memorandum of Law and the exhibit attached thereto, Defendant Kimberly-Clark Worldwide ("KCWW"), by its undersigned counsel, will move this Court before the Honorable Colleen McMahon, U.S.D.J., in Courtroom 21B of the United States Courthouse, 500 Pearl Street, New York, NY, at a date and time to be designated by the Court for an order (i) dismissing the Complaint pursuant to Fed.R.Civ.P. 12(b)(2) because there is no personal jurisdiction over KCWW; (ii) dismissing the Complaint in the Court's discretion under the Declaratory Judgment Act; and/or (iii) transferring the action to the Northern District of Texas to be consolidated with co-pending Civil Action No. 307 CV 2078; and granting such other and further relief as the Court deems just and proper.

Dated: February 4, 2008  
       New York, New York

Respectfully submitted,

_/s/_____  
Edmund M. O'Toole (EO 7939)  
Matthew T. McLaughlin (MM 6241)  
Gregory W. Gilliam (GG 2857)  
**Venable, LLP**  
The Chrysler Building  
405 Lexington Avenue, 56th Floor  
New York, NY 10174  
Tel. (212) 307-5500

Marc S. Cooperman, Esq.*  
Janice V. Mitrius, Esq.*  
Thomas J. Lerdal, Esq.*  
**Banner & Witcoff, LTD.**  
10 South Wacker Drive, Suite 3000  
Chicago, IL 60606  
Tel: (312) 463-5000

(*_Pro Hac Vice_ Admission Pending)

**Attorneys for Plaintiff  
Kimberly-Clark Worldwide, Inc.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Arquest, Inc., <br><br> Plaintiff <br><br> v. <br><br> Kimberly-Clark Worldwide, Inc., <br><br> Defendant | ) ) ) ) ) Case No. 07 CV 11202 (CM) ) ) ) ) ) ) ) ) |

**PROPOSED ORDER OF DISMISSAL**

This Court, having considered, **Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or, Alternatively, to Dismiss or Transfer** the action, hereby grants Defendant's motion in part, and dismisses this action. Defendant's request for transfer of the action is accordingly rendered moot.

**SO ORDERED, this _____ day of _____, 2008.**

_____
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Arquest, Inc., <br><br> Plaintiff <br><br> v. <br><br> Kimberly-Clark Worldwide, Inc., <br><br> Defendant | Case No. 07 CV 11202 (CM) |

**PROPOSED ORDER OF TRANSFER**

This Court, having considered, **Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or, Alternatively, to Dismiss or Transfer** the action, hereby grants Defendant's motion in part, and transfers this action to the Northern District of Texas to be consolidated with co-pending Civil Action No. 307 CV 2078. Defendant's request for dismissal of the action is accordingly rendered moot.

**SO ORDERED, this _____ day of _____, 2008.**

_____
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2008 a copy of the Notice of Motion for Dismissal for Lack of Personal Jurisdiction, or Alternatively, to Dismiss or Transfer along with the supporting Memorandum of Law, and Declarations of Vicki Margolis and Charles Misun with accompanying exhibits, and Proposed Orders were delivered to by hand to all counsel addressed below.

_____
Gregory W. Gilliam

TO:

Brian Douglas Siff, Esq.
Peter Lambrianakos, Esq.
Richard LaCava, Esq.
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036-2714