**VENABLE** LLP

The Chrysler Building
405 Lexington Avenue
The Sixty-Second Floor
New York, New York 10174

Telephone 212-307-5500
Facsimile 212-307-5598

www.venable.com

212-307-5500          cgilliam@venable.com

# MEMO ENDORSED

February 6, 2008

**BY FACSIMILE**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007
Facsimile: 212-805-6326

RECEIVED FEB 6 - 2008 CHAMBERS OF COLLEEN McMAHON

2/6/08

Matter adj to 3/28/08 at 9:45 am

Re: *Arquest Inc. v. Kimberly-Clark Worldwide, Inc.*,
Case No.: 07-cv-11202 (CM)

Dear Judge McMahon:

On behalf of Defendant Kimberly-Clark Worldwide, Inc. ("KCWW"), I write to respectfully request an adjournment of the initial pretrial conference scheduled for 11:30 am on February 8, 2008. I have spoken with counsel for Plaintiff Arquest, Inc. and they are in agreement with the content of this letter. This is the first request for an adjournment of the initial pretrial conference. This Court has granted an earlier request by the parties to adjourn the deadline for KCWW's time to respond to the complaint.

On February 4, 2008, KCWW, filed a Motion to Dismiss for Lack of Personal Jurisdiction, or Alternatively, to Dismiss or Transfer. Plaintiff's opposition papers are presently due on February 19, 2008, and the parties continue to actively engage in settlement negotiations in effort to resolve the issues in this matter.

Therefore, pursuant to paragraph 4 of the Court's Order dated December 18, 2007, we respectfully request that the Court adjourn the initial pretrial conference until the motion has been fully briefed.

Respectfully submitted,

Gregory W. Gilliam
(GG 2857)

cc: Brian Douglas Siff, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08