## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Arquest, Inc, | ) |
| Plaintiff, | ) |
| - against - | ) Case No. 07-CV-11202 (CM) |
| Kimberly-Clark Worldwide, Inc., | ) |
| Defendant | ) |

## [PROPOSED] ORDER GRANTING MOTION FOR
## *PRO HAC VICE* ADMISSION OF MARC S. COOPERMAN, ESQ.

This matter having come before the Court on the application of Marc S. Cooperman, counsel for Kimberly-Clark Worldwide, Inc., to practice before this Court *pro hac vice*, in representing Defendant Kimberly-Clark Worldwide, Inc., and the Court having reviewed these pleadings and being fully advised thereon:

IT IS HEREBY ORDERED that motion should be and hereby is GRANTED, and Marc S. Cooperman is hereby admitted *pro hac vice* before this Court on this matter.

SO ORDERED.

Dated: February 14th, 2008.
New York, NY

_____
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08