**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ARQUEST, INC., | Case No. 07-cv-11202 (CM) |
| Plaintiff, | |
| -against- | **NOTICE OF CHANGE OF ADDRESS** |
| KIMBERLY-CLARK WORLDWIDE, INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**To: Attorney Admission Clerk and All Other Parties**

    **PURSUANT TO LOCAL RULE 1.3 OF THIS COURT,** please take notice of

the following attorney information for:

Edmund M. O'Toole (EO-7939),

Matthew T. McLaughlin (MM-6241), and

Gregory W. Gilliam (GG-2857)

    Effective February 22, 2008, the New York office of Venable LLP will relocate.

The new address will be as follows:

    Venable LLP
    Rockefeller Center
    1270 Avenue of the Americas
    25th Floor
    New York, New York  10020

    All other contact information will remain the same.

Dated: February 19, 2008
       New York, New York

        Respectfully submitted,

By:    s/ Gregory W. Gilliam
      Gregory W. Gilliam (GG-2857)
      VENABLE LLP

      Tel: (212) 307-5500
      Fax: (212) 307-5598

*Attorneys for Defendant,*
*Kimberly-Clark Worldwide, Inc.*