**VENABLE**LLP

The Chrysler Building
405 Lexington Avenue
The Sixty-Second Floor
New York, New York 10174

Telephone 212-307-5500
Facsimile: 212-307-5598

www.venable.com

212-307-5500     gwgilliam@venable.com

February 21, 2008

**BY FACSIMILE**

## MEMO ENDORSED

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007
Facsimile: 212-805-6326

*Granted.*
/s/ Colleen McMahon
2/22/08

Re: *Arquest Inc. v. Kimberly-Clark Worldwide, Inc.*,
Case No.: 07-cv-11202 (CM)

Dear Judge McMahon:

On behalf of Defendant Kimberly-Clark Worldwide, Inc. ("KCWW"), I write to respectfully request a new date for the initial pre-trial conference in the above-referenced matter.

KCWW, with Plaintiff's consent, had previously asked the Court to reschedule this conference from February 8, 2008, until such time that the Motion to Dismiss filed by KCWW had been fully briefed. The Court obliged and rescheduled the date of the conference from February 8 to March 28, 2008. (See the attached letter dated February 6, 2008, subsequently endorsed by the Court.)

The new date for the conference selected by the Court presents scheduling problems for counsel for KCWW in that lead counsel will be conducting a trial the entire week of March 24, 2008. Accordingly, KCWW, with Plaintiff's consent, respectfully asks the Court to reschedule the initial pre-trial conference to April 4, 2008 at 11:30 a.m.

Respectfully submitted,

Gregory W. Gilliam   (GG 2857)

cc: Brian Douglas Siff, Esq.
Janice Mitrius, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08