IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Arquest, Inc, <br><br> Plaintiff, <br><br> - against - <br><br> Kimberly-Clark Worldwide, Inc., <br><br> Defendant | ) ) ) ) ) ) ) Case No. 07-CV-11202 (CM) ) ) ) ) ) ) ) |

[PROPOSED] ORDER GRANTING MOTION FOR
*PRO HAC VICE* ADMISSION OF JANICE V. MITRIUS, ESQ.

This matter having come before the Court on the application of Janice V. Mitrius, counsel for Kimberly-Clark Worldwide, Inc., to practice before this Court *pro hac vice*, in representing Defendant Kimberly-Clark Worldwide, Inc., and the Court having reviewed these pleadings and being fully advised thereon:

IT IS HEREBY ORDERED that motion should be and hereby is GRANTED, and Janice V. Mitrius is hereby admitted *pro hac vice* before this Court on this matter.

SO ORDERED.

Dated: February 27, 2008.
New York, New York

_____
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08