**VENABLE** LLP

Rockefeller Center
1270 Avenue of the Americas
The Twenty-Fifth Floor
New York, New York 10020

Telephone 212-307-5500
Facsimile 212-307-5598

www.venable.com

# MEMO ENDORSED

February 29, 2008

**BY FACSIMILE (212) 805-6326**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United Sates Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:   *Arquest Inc. v. Kimberly-Clark Worldwide, Inc.*,
      Case No.: 07-cv-11202 (CM)

Dear Judge McMahon:

On behalf of Defendant Kimberly-Clark Worldwide, Inc., ("KCWW"), I write to respectfully request oral argument with respect to the Motion to Dismiss filed in the above-referenced matter (Docket #10).

Currently, the initial pre-trial conference for this matter is scheduled for April 4, 2008 at 11:30 a.m. If possible, we request that argument on the motion be scheduled at that time in order to save the parties and the Court the time and expense of another hearing.

Respectfully submitted,

Gregory W. Gilliam (GG2857)

cc:   B. Douglas Siff, Esq.
      Counsel for Plaintiff

      Tom Lerdel, Esq.
      Marc Copperman, Esq.
      Janice Mitrius, Esq.
      Counsel for Defendant

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

*[Handwritten endorsement:]* I doubt I will need oral argument. I will decide the motion at the conference.

Colleen McMahon
3/3/08