UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ARQUEST, INC.,

        Plaintiff,

v.

KIMBERLY-CLARK WORLDWIDE, INC.,

        Defendant.

------------------------------------x

Civ. Action No.: 1:07-cv-11202 (CM)

**NOTICE OF APPEAL**

FILED U.S. DC
SEP 02 2008
S.D. OF N.Y.

    Notice is hereby given that ARQUEST, INC. in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the judgment granting defendant's motion to dismiss for lack of personal jurisdiction or, alternatively, to dismiss or transfer entered in this action on the 31st day of July, 2008.

Dated: New York, New York
       September 2, 2008

DICKSTEIN SHAPIRO, LLP

By: /s/ Richard LaCava

Brian D. Siff (BS 6135)
Richard LaCava (RL 1671)
Peter Lambrianakos (PL 5075)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Plaintiff, Arquest, Inc.